IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02844-BNB

JAMIL ABDULLAH AL-AMIN,

    Plaintiff,

v.

DAVID BERKEBILE,
SHON KUTA,
PATRICIA RANGEL,
MARTY BIER,
SEAN SNIDER,
DIANNE KRIST,
M. McALISTER,
BLAKE DAVIS,
CHARLES SAMUELS, JR.,
RICHARD MADISON,
TENA SUDLOW,
ANTHONY OSAGIE,
DAVID ALLRED,
JENNIFER COULTER, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jamil Abdullah Al-Amin, is a prisoner in the custody of the Federal Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Al-Amin initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On October 18, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Al-Amin to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland directed Mr. Al-Amin either to pay filing and administrative fees totaling $400.00 or to file a properly

supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Al-Amin was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Al-Amin has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 18 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee ($505 effective December 1, 2013) or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Al-Amin failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   3rd   day of   December  , 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court